VERONIKA MULLER, Respondent, v. HENRY WENDT and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY C. ZEEMAN, Respondent, v. LAZAR OLIVE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and costs awarded by the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IRENE L. DEMUTH and Others, as Executors, etc., Respondents, v. MARGUERITE DACEY HELLMAN and Others, Defendants. In the Matter of the Application of LAWYERS TITLE AND TRUST COMPANY, Assignee of IRENE L. DEMUTH, and UNITED STATES TRUST COMPANY OF NEW YORK, as Executors, etc., of LOUIS DEMUTH, Deceased, Plaintiffs in the Above-entitled Action, to Compel ELIZABETH L. ROTHSCHILD, as Purchaser of the Mortgaged Premises Sold under the Judgment of Foreclosure and Sale in Said Action, Appellant, to Complete Her Purchase.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES FAY, Appellant, v. THE HERALD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT REIS & COMPANY, Appellant, v. WILLIAM MOORE KNITTING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT REIS & COMPANY, Appellant, v. MOORE AND TIERNEY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE ECONOMY FUSE AND MANUFACTURING COMPANY, Appellant, v. HENRY O. LACOUNT and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LIZZIE CONNELL, Appellant, v. EDNA W. COOLIDGE and Another, Defendants. HOWARD K. COOLIDGE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BENJAMIN C. MILLER and Another, Trading as B. C. MILLER & BRO., Appellants, v. SIDNEY BLUMENTHAL & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BARNEY & SMITH CAR COMPANY, Appellant, v. THE E. W. BLISS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.